IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:24-CV-02231 |
| ONE GESSNER PLACE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KIRK MACKEY and Defendant, ONE GESSNER PLACE LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 22nd day of August, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s/ Daniel K. Craddock*
Daniel K. Craddock, Esq.
Texas SBN: 04969600
Craddock Massey, LLP
1715 Capital of TX Hwy S., Suite 101
Austin, TX 78746
(512) 485-7920
Email: dcraddock@craddockmassey.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479