United States District Court
Southern District of Texas
**ENTERED**
August 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:24-CV-02231 |
| ONE GESSNER PLACE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL AS TO DEFENDANT**

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 22, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, ONE GESSNER PLACE LLC, be **dismissed with prejudice,** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on August 23, 2024.

SIM LAKE
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record